U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE
JAN 22 2014
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| **CURTIS LEE JOHNSON** | **CIVIL ACTION 13-2252** |
| **VERSUS** | **JUDGE HAIK** |
| **NATHAN CAIN, WARDEN** | **MAGISTRATE JUDGE HANNA** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Patrick Hanna for Report and Recommendation. After an independent review of the record, and considering the objections filed, this Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. As such;

The Petition for Habeas Corpus is hereby **DENIED and DISMISSED WITH PREJUDICE** for petitioner's failure to exhaust available state court remedies, his federal claims are now procedurally defaulted, and he failed to state a claim for which relief may be granted.

**THUS DONE** and **SIGNED** on this the 21st day of January, 2014.

_____
**JUDGE RICHARD T. HAIK, SR.**
**UNITED STATES DISTRICT COURT**