U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - LAFAYETTE

JUL 3 0 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| CURTIS LEE JOHNSON | CIVIL ACTION 13-2252 |
| VERSUS | JUDGE HAIK |
| NATHAN CAIN | MAGISTRATE JUDGE HANNA |

## JUDGMENT

This matter was referred to Magistrate Judge Patrick Hanna for a Second Supplemental Report and Recommendation. After full consideration of the record, including the objections filed, the Court concludes the Second Supplemental Report and Recommendation of the Magistrate Judge is correct and, therefore, adopts the conclusions set forth therein. Accordingly,

It is hereby **ORDERED** that the petitioner's Motion to Expand the Record is **DENIED**.

It is **FURTHER ORDERED** that petitioner's petition for writ of *habeas corpus* filed pursuant to 28 USC section 2254 is **DISMISSED WITH PREJUDICE** for the reasons set forth in the original Report and Recommendation and because the claims are without merit.

**THUS DONE and SIGNED** on this 29th day of July, 2015.

RICHARD T. HAIK, SR., DISTRICT JUDGE
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA